1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 07225)
   Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney

5

6  150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-50610

7  Facsimile: (408) 535-5066

8  Attorneys for Plaintiff

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,          )    Case No.  05-70140 PVT
                                       )
13        Plaintiff,                   )    [PROPOSED] ORDER GRANTING
                                       )    STIPULATION TO WAIVE TIME
14    v.                               )    UNDER SPEEDY TRIAL CLOCK AND
                                       )    FOR PRELIMINARY HEARING
15  SHIN-GUO TSAI,                     )
                                       )    Date:  July 28, 2005
16        Defendant.                   )    Time:  9:30 a.m.
                                       )    Before the Honorable Howard R. Lloyd
17  _____)

18                    [PROPOSED] ORDER

19       This matter is set to come before the Court on July 28, 2005 at 9:30 a.m. for preliminary

20  hearing or arraignment.  Pursuant to Federal Rule of Criminal Procedure 5.1(d), the Defendant

21  waived time for preliminary hearing until August 25, 2005 at 9:30 a.m.  The parties notified the

22  Court that the parties are engaged in discussions to resolve the matter pre-Indictment.  The

23  parties requested that the period of time between July 28, 2005 and August 25, 2005 be excluded

24  from the Speedy Trial Clock to allow for the to allow for the continuity of counsel, because the

25  defendant's lead counsel is out of the country.  Good cause appearing therefor,

26       **IT IS HEREBY ORDERED** that the period of time between July 28, 2005 and August 25,

27  2005 is excluded from the Speedy Trial Clock to allow for the continuity of counsel.  18 U.S.C.

28

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No.  05-70140 PVT                          1

1  § 3161(h)(8)(B)(iv).  The Court finds that the "ends of justice served by the granting of such

2  continuance outweigh[s] the best interests of the public and the defendant in a speedy trial."  18

3  U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that the Defendant, Shin-Guo Tsai,

4  knowingly and voluntarily waived the period between July 28, 2005 and August 25, 2005, such

5  that preliminary hearing is now scheduled for August 25, 2005 at 9:30 a.m.

6  DATED:

7  7/26/05

8  _____
   HOWARD R. LLOYD
   United States Magistrate Judge

9

10  Distribute to:

11  John D. Robertson
    Law Offices of John D. Robertson
12  1055 Wilshire Blvd., Suit 1702
    Los Angeles, CA 90017
13  Counsel for Defendant

14  Vivian Lu
    Law Offices of Vivian Lu
15  35485-B Dumbarton Court
    Newark, CA 94560
16  Counsel for Defendant

17  H. H. (Shashi) Kewalramani
    Assistant United States Attorney
18  150 Almaden Blvd., Suite 900
    San Jose, CA 95113
19  Counsel for Plaintiff

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No.  05-70140 PVT                    2