1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 07225)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-50610
7  Facsimile: (408) 535-5066

8  Attorneys for Plaintiff

FILED

AUG 26 2005

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,        )  Case No. 05-70140 PVT/CR 05-00540
                                      )  RMW    pvt
13 |     Plaintiff,                   )
                                      )  [PROPOSED] ORDER GRANTING
14 | v.                               )  STIPULATION TO WAIVE TIME
                                      )  UNDER SPEEDY TRIAL CLOCK AND
15 | SHIN-GUO TSAI,                   )  FOR PRELIMINARY HEARING
                                      )
16 |     Defendant.                   )  Date: August 25, 2005
                                      )  Time: 9:30 a.m.
17 |                                  )  Before the Honorable Patricia V. Trumbull

18                          [~~PROPOSED~~] ORDER

19      This matter is set to come before the Court on August 25, 2005 at 9:30 a.m. for preliminary

20 hearing or arraignment. Pursuant to Federal Rule of Criminal Procedure 5.1(d), the Defendant

21 waived time for preliminary hearing until September 1, 2005 at 2 p.m. The parties notified the

22 Court that the parties believe they have resolved the matter pursuant to a plea agreement. The

23 parties requested that the period of time between August 25, 2005 and September 1, 2005 be

24 excluded from the Speedy Trial Clock to allow for the to allow for effective preparation of

25 counsel. Good cause appearing therefor,

26      **IT IS HEREBY ORDERED** that the period of time between August 25, 2005 and

27 September 1, 2005 is excluded from the Speedy Trial Clock to allow for the effective preparation

28

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 05-70140 PVT/CR 05-00540 RMW         1

1  of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by
2  the granting of such continuance outweigh[s] the best interests of the public and the defendant in
3  a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Additionally, the Court finds that the Defendant,
4  Shin-Guo Tsai, knowingly and voluntarily waived the period between August 25, 2005 and
5  September 1, 2005, such that preliminary hearing is now scheduled for September 1, 2005 at
6  2 p.m.

7  DATED: 8/26/05

9  PATRICIA V. TRUMBULL
   Chief United States Magistrate Judge

11 Distribute to:

12 John D. Robertson
   Law Offices of John D. Robertson
13 1055 Wilshire Blvd., Suit 1702
   Los Angeles, CA 90017
14 Counsel for Defendant

15 Vivian Lu
   Law Offices of Vivian Lu
16 35485-B Dumbarton Court
   Newark, CA 94560
17 Counsel for Defendant

18 H. H. (Shashi) Kewalramani
   Assistant United States Attorney
19 150 Almaden Blvd., Suite 900
   San Jose, CA 95113
20 Counsel for Plaintiff

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 05-70140 PVT/CR 05-00540 RMW            2