1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 07225)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-50610
7     Facsimile: (408) 535-5066
                                                            *E-FILED - 9/1/05*
8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,        )   Case No.  CR 05-00540 RMW
                                      )
13 |        Plaintiff,                )   ORDER GRANTING STIPULATION TO
                                      )   WAIVE TIME UNDER SPEEDY TRIAL
14 |     v.                           )   CLOCK AND FOR PRELIMINARY
                                      )   HEARING
15 | SHIN-GUO TSAI,                   )
                                      )   Date:  September 1, 2005
16 |        Defendant.                )   Time:  2:00 p.m.
                                      )   Before the Honorable Ronald M. Whyte
17 |_____    )

## ORDER

19  This matter is set to come before the Court on September 1, 2005 at 2:00 p.m. for preliminary

20 hearing or arraignment. Pursuant to Federal Rule of Criminal Procedure 5.1(d), the Defendant waived

21 time for preliminary hearing until September 6, 2005 at 9:00 a.m. The parties notified the Court that the

22 parties believe they have resolved the matter pursuant to a plea agreement. The parties requested that

23 the period of time between September 1, 2005 and September 6, 2005 be excluded from the Speedy

24 Trial Clock to allow for the to allow for continuity of defendant's counsel and for their effective

25 preparation. Good cause appearing therefor,

26  **IT IS HEREBY ORDERED** that the period of time between September 1, 2005 and September

27 6, 2005 is excluded from the Speedy Trial Clock to allow for continuity of counsel and the effective

28

ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. CR 05-00540 RMW                    1

1  preparation of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the "ends of justice

2  served by the granting of such continuance outweigh[s] the best interests of the public and the defendant

3  in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that the Defendant, Shin-

4  Guo Tsai, knowingly and voluntarily waived the period between September 1, 2005 and September 6,

5  2005, such that preliminary hearing, if any if needed,  is now scheduled for September 6, 2005 at 9:00

6  a.m.

7  DATED: 9/1/05

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Distribute to:

John D. Robertson
Law Offices of John D. Robertson
1055 Wilshire Blvd., Suit 1702
Los Angeles, CA 90017
Counsel for Defendant

Vivian Lu
Law Offices of Vivian Lu
35485-B Dumbarton Court
Newark, CA 94560
Counsel for Defendant

H. H. (Shashi) Kewalramani
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for Plaintiff