PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg  
U.S. Magistrate Judge

RE: Shin-Guo Tsai

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR05-00540 RMW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados  
U.S. Pretrial Services Officer

415-436-7520  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The condition of Electronic Monitoring is deleted; and

B. The defendant shall remain in the custody of custodian Jeremy Sung at 2419 Jubilee Lane in San Jose, California, who agrees to supervise him and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt;

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒ Other Instructions: Yu-Hung Shiau will be, effective this date, relieved as third party custodian.

FILED  
SEP - 2 2005  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

_____  
JUDICIAL OFFICER

DATE 9-2-05