FROM : SYH             PHONE NO. : 4082601109             Aug. 19 2005 01:23PM P1
Aug-19-05  08:26pm   From-                                T-497  P 08/10  F-205

AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

SEP 12 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# United States District Court

**NORTHERN** **DISTRICT OF** **CALIFORNIA**

UNITED STATES OF AMERICA

v.

SHIN-GUO TSAI, Defendant.

**E-filing**

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-00540 RMW

I, _____ SHIN-GUO TSAI _____, the above named defendant, who is accused of

foreign transportation of stolen property in violation of 18 U.S.C. Section 2314

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ___9/6/05___ prosecution by indictment and consent that the
                    Date

proceeding may be by information rather than by indictment.

_____
Defendant

Before ___R M Whyte___
        Judicial Officer

_____
Counsel for Defendant