JOHN D. ROBERTSON (State Bar Number: 72400)
LAW OFFICES OF JOHN D. ROBERTSON
1055 Wilshire Blvd. Suite 1702
Los Angeles, CA 90017
Tel: (213) 482-8893
Fax: (213) 482-5002

VIVIAN H. LU (State Bar Number 209463)
LAW OFFICES OF VIVIAN LU
35485-B Dumbarton Ct.
Newark, CA 94560
Tel.: (510) 494-1188
Fax: (510) 494-1166

Attorneys For Defendant,
SHIN-GUO TSAI

UNITED STATES DISTRICT COURT        *E-FILED - 12/21/05*

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: CR 05-540-RMW |
|---|---|---|
| Plaintiff | ) | STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING FOR DEFENDANT TSAI; ORDER |
| v. | ) | |
| SHIN-GUO TSAI, | ) | Current Sentencing Date: 01/23/05 |
| Defendants. | ) | Requested Date: 3/27/06 |

COMES NOW, the parties hereto, Defendant Shin-Guo Tsai, by and through his counsels of record, John D. Robertson, Esq. and Vivian Lu, Esq., and Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Shashi Kewalramani, respectively, and hereby stipulate to continue the sentencing hearing date in this matter from January 23, 2005 at 9:00 a.m. to March 27, 2006 at 9:00 a.m. or such time thereafter as may be convenient for the court.

The reasons for this continuance are that defendant needs additional time to prepare for sentencing as well as to resolve pending sentencing factual issues prior to sentencing, and to obtain additional documents for possible utilization in connection with the sentencing in this matter.

STIPULATION RE CONTINUANCE
CR 05-540-RMW                         1

1 **IT IS SO STIPULATED.**

2

3

4  Date: 12/15/05                              /s/ John D. Robertson
                                               **JOHN D. ROBERTSON, ESQ.**
5                                              Attorney for Defendant
                                               Shin-Guo Tsai
6

7  Date: 12/15/05                              /s/ Vivian H. Lu
                                               **VIVIAN H. LU, ESQ.**
8                                              Attorney for Defendant
                                               Shin-Guo Tsai
9

10 Date: 12/15/05                              /s/ Shashi Kewalramani
                                               **SHASHI KEWALRAMANI, ESQ.**
11                                             Attorney for Plaintiff
                                               United States of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE CONTINUANCE
CR 05-540-RMW                                        2

**ORDER**

GOOD CAUSE having been shown, it is hereby ordered that the sentencing hearing for Defendant Shin-Guo Tsai shall be continued from January 23, 2005 at 9:00 a.m. to March 27, 2006 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/21/05

/S/ RONALD M. WHYTE
**HON. RONALD M. WHYTE**
United States District Court Judge

STIPULATION RE CONTINUANCE
CR 05-540-RMW                3