```
 1  KEVIN V. RYAN (CASBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 07225)
 3  Chief, Criminal Division

 4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340S
 6     Oakland, California 94612
       Telephone: (510) 637-3717
 7     Facsimile: (510) 637-3724
       Shashi.Kewalramani@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 3/16/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05-00540 RMW |
| Plaintiff, ) | ORDER GRANTING STIPULATION TO RE-SET SENTENCING DATE |
| v. ) | |
| SHIN-GUO TSAI, ) | Date:  March 27, 2006<br>Time:  9:00 a.m. |
| Defendant. ) | Before the Honorable Ronald M. Whyte |

For the reasons set forth in the Stipulation to Re-Set Sentencing Date and good cause appearing therefore, **IT IS HEREBY ORDERED** that the sentencing in this matter is re-set to June 19, 2006 at 9 a.m.

DATED: 3/16/06

                 /s/ Ronald M. Whyte
                 RONALD M. WHYTE
                 United States District Judge

Distribute to:

| | |
|---|---|
| John D. Robertson | H. H. (Shashi) Kewalramani |
| Law Offices of John D. Robertson | Assistant United States Attorney |
| 1055 Wilshire Blvd., Suit 1702 | 1301 Clay Street, Suite 340S |
| Los Angeles, CA 90017 | Oakland, California 94612 |
| Counsel for Defendant | Counsel for United States |

H. H. (Shashi) Kewalramani

ORDER GRANTING STIPULATION TO RE-SET SENTENCING DATE
Case No. 05-00540 RMW                                    1

1  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
2  San Jose, CA 95113
   Counsel for Plaintiff
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO RE-SET SENTENCING DATE
Case No. 05-00540 RMW                              2